SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PHILIP F. ATKINS-PATTENSON, Cal. Bar No. 94901
ARTHUR J. FRIEDMAN, Cal. Bar No. 160867
SCOTT A. VIGNOS, Cal. Bar No. 277882
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947
Email: patkinspattenson@sheppardmullin.com
       afriedman@sheppardmullin.com
       svignos@sheppardmullin.com

Attorneys for Plaintiff and Counter-Defendant
XEROX CONSULTANT COMPANY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| XEROX CONSULTANT COMPANY, INC., a Michigan corporation,<br><br>       Plaintiff,<br><br>    v.<br><br>MARIN GENERAL HOSPITAL CORPORATION, a California non-profit public benefit corporation,<br><br>       Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No. C12-04948-EMC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING THE TIME FOR XEROX CONSULTANT COMPANY, INC. TO RESPOND TO COUNTERCLAIMS OF MARIN GENERAL HOSPITAL CORPORATION**<br><br>Hon. Edward M. Chen |

SMRH:407676493.1

Case No. C12-04948-EMC
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR XEROX CONSULTANT COMPANY, INC. TO RESPOND TO COUNTERCLAIMS OF MARIN GENERAL HOSPITAL CORPORATION

1  Pursuant to Local Rules 6-2 and 7-12 and this Court's Civil Standing Order,
2 Plaintiff and Counter-Defendant Xerox Consultant Company, Inc. ("Xerox") and
3 Defendant and Counter-Claimant Marin General Hospital Corporation
4 ("MGHC")(collectively, the "Parties"), by and through their counsel stipulate as follows:
5  WHEREAS, Xerox filed its Complaint in this matter on September 21, 2012 (Dkt. #
6 1);
7  WHEREAS, the Parties stipulated on October 19, 2012 that MGHC may respond to
8 the Complaint on or before November 5, 2012 (Dkt. # 8);
9  WHEREAS, the Parties further stipulated on November 5, 2012 to extend the
10 deadline for MGHC's response to the Complaint to November 20, 2012 (Dkt. # 10);
11  WHEREAS, MGHC filed its Answer to Xerox's Complaint and Counterclaims on
12 November 21, 2012 (Dkt. # 11);
13  WHEREAS, Xerox's response to MGHC's Counterclaims is due on December 12,
14 2012;
15  WHEREAS, on December 10, 2012 the Parties agreed to extend the deadline for
16 Xerox's response to MGHC's Counterclaims in order to provide additional time for them
17 to meet and confer regarding the content of MGHC's Counterclaims;
18  WHEREAS, this requested extension will not materially impact the existing
19 schedule for the case.
20  NOW THEREFORE, the Parties through their respective counsel stipulate that
21 Xerox's response to MGHC's Counterclaims shall be due on or before December 20,
22 2012.
23 //
24 //
25 //
26 //
27 //
28 //

Dated: December 11, 2012

        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

        By    /s/ Philip F. Atkins-Pattenson
              PHILIP F. ATKINS-PATTENSON

        Attorneys for Plaintiff and Counter-Defendant
        XEROX CONSULTANT COMPANY, INC.

Dated: December 11, 2012

        ARCHER NORRIS

        By    /s/ Douglas C. Straus
              DOUGLAS C. STRAUS

        Attorneys for Defendant and Counter-Claimant
        MARIN GENERAL HOSPITAL
        CORPORATION

IT IS SO ORDERED.

DATED: __December 13, 2012____

        _____
        The Honorable Edward M. Chen
        UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED* — Judge Edward M. Chen (United States District Court, Northern District of California seal)

## DECLARATION OF PHILIP F. ATKINS-PATTENSON

I, Philip F. Atkins-Pattenson, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for Plaintiff and Counter-Defendant XEROX CONSULTANT COMPANY, INC. ("Xerox").

2. If called as a witness, I could and would competently testify to the matters set forth in this declaration.

3. Xerox and Defendant and Counter-claimant Marin General Hospital Corporation ("MGHC" and collectively, the "Parties") stipulated on October 19, 2012 that MGHC may respond to Xerox's Complaint on or before November 5, 2012.

4. The Parties further stipulated on November 5, 2012 to extend the deadline for MGHC's response to the Complaint to November 20, 2012.

5. MGHC filed its Answer to Xerox's Complaint and Counterclaims on November 20, 2012.

6. Xerox's response to MGHC's Counterclaims is due on December 12, 2012.

7. On December, 10, 2012, MGHC's counsel, Mr. Straus, and I agreed to extend the deadline for Xerox's response to the Counterclaims, subject to this Court's approval, in order to provide additional time for the Parties to meet and confer regarding the content of MGHC's Counterclaims.

8. This requested extension will not materially impact the existing schedule for the case.

//
//
//
//
//
//

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed December 11, 2012, at San Francisco, California.

                                                /s/ Philip F. Atkins-Pattenson
                                                Philip F. Atkins-Pattenson

-5-      Case No. C12-04948-EMC
SMRH:407676493.1    STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR XEROX CONSULTANT COMPANY, INC. TO RESPOND TO COUNTERCLAIMS OF MARIN GENERAL HOSPITAL CORPORATION

**CERTIFICATION**

I, Scott A. Vignos, am the ECF User whose identification and password are being used to file this STIPULATION EXTENDING TIME FOR XEROX CONSULTING COMPANY, INC. TO RESPOND TO COUNTERCLAIMS OF MARIN GENERAL HOSPITAL.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Douglas C. Straus has concurred in this filing.

Dated:  December 11, 2012

          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

          By      /s/ Scott A. Vignos
                    SCOTT A. VIGNOS

          Attorneys for Plaintiff and Counter-Defendant
          XEROX CONSULTANT COMPANY, INC.