UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| XEROX CONSULTANT COMPANY, INC., a Michigan corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>MARIN GENERAL HOSPITAL CORPORATION, a California non-profit public benefit corporation,<br><br>        Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No. C12-04948-EMC<br><br>**[PR~~OPO~~SED]**<br>**ORDER GRANTING STIPULATION**<br>**RE INTERIM STAY OF LITIGATION** |

    Having reviewed the Stipulation Re Interim Stay Of Litigation (the "Stipulation") (Dkt. # 19), and good cause appearing in support thereof, the Court issues the following Orders:

    1. The relief requested in the Stipulation is granted and this case shall be stayed through and including February 28, 2013, unless it is earlier terminated as provided for in Paragraph 8 of the Stipulation.

    2. The current pretrial dates are hereby vacated.

1  3. Upon termination or expiration of the interim stay, and the case is not settled,
2      the parties shall meet and confer regarding setting new dates for (1) MGHC to
3      file its First Amended Counterclaim and (2) the Initial Case Management
4      Conference, and submit a Stipulation and a proposed Order to the Court.

6                    IT IS SO ORDERED.

The 1/29/13 motion to dismiss is vacated.  The CMC is reset for 3/14/13 at 9:00 a.m.
An updated joint CMC Statement shall be filed by 3/7/13.

DATED:  __1/3/13_____

_____
The Honorable Edward M. Chen
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on the January 2, 2013, a true and correct copy of the foregoing **[PROPOSED] ORDER GRANTING STIPULATION RE INTERIM STAY OF LITIGATION** was served to the following parties by:

☐   by having a true copy of the document listed above transmitted by e-mail to the persons at the e-mail addresses set forth below.  The transmissions were reported as received without error.

☐   Placing an original or true copy in a sealed envelope placed for collection and mailing in the United States Mail, at Walnut Creek, California, postage pre-paid, following ordinary business practices;

✓   CM/ECF (Case Management/Electronic Case Filing)**:**

| | |
|---|---|
| Philip F. Atkins-Pattenson | *Attorneys for Plaintiff* |
| Arthur J. Friedman | Phone: 415.434.9100 |
| Scott A. Vignos | Fax: 415.434.3947 |
| Sheppard, Mullin, Richter & Hampton LLP | |
| Four Embarcadero Center, 17th Floor | |
| San Francisco, CA  9411-4109 | |

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 2, 2013 at Walnut Creek, California.

/s/Anna Alter
Anna Alter

M0195021/1500704-1
Case No. C12-04948-EMC
SMRH:407745104.1

-3-

[PROPOSED] ORDER GRANTING STIPULATION RE INTERIM STAY OF LITIGATION