UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| XEROX CONSULTANT COMPANY, INC., a Michigan corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>MARIN GENERAL HOSPITAL CORPORATION, a California non-profit public benefit corporation,<br><br>        Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No. C12-04948-EMC<br><br>**[PR~~OPO~~SED]**<br>**ORDER GRANTING STIPULATION**<br>**RE INTERIM STAY OF LITIGATION** |

    Having reviewed the Stipulation Re Interim Stay Of Litigation (the "Stipulation") (Dkt. # 19), and good cause appearing in support thereof, the Court issues the following Orders:

1. The relief requested in the Stipulation is granted and this case shall be stayed through and including February 28, 2013, unless it is earlier terminated as provided for in Paragraph 8 of the Stipulation.

2. The current pretrial dates are hereby vacated.

3. Upon termination or expiration of the interim stay, and the case is not settled, the parties shall meet and confer regarding setting new dates for (1) MGHC to file its First Amended Counterclaim and (2) the Initial Case Management Conference, and submit a Stipulation and a proposed Order to the Court.

IT IS SO ORDERED.

The 1/29/13 motion to dismiss is vacated. The CMC is reset for 3/14/13 at 9:00 a.m. An updated joint CMC Statement shall be filed by 3/7/13.

DATED: __1/3/13_____



The Honorable Edward M. Chen
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

M0195021/1500704-1
Case No. C12-04948-EMC
SMRH:407745104.1

-2-

[PROPOSED] ORDER GRANTING STIPULATION RE INTERIM STAY OF LITIGATION

# CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the January 2, 2013, a true and correct copy of the foregoing **[PROPOSED] ORDER GRANTING STIPULATION RE INTERIM STAY OF LITIGATION** was served to the following parties by:

☐ by having a true copy of the document listed above transmitted by e-mail to the persons at the e-mail addresses set forth below.  The transmissions were reported as received without error.

☐ Placing an original or true copy in a sealed envelope placed for collection and mailing in the United States Mail, at Walnut Creek, California, postage pre-paid, following ordinary business practices;

✓ CM/ECF (Case Management/Electronic Case Filing)**:**

| | |
|---|---|
| Philip F. Atkins-Pattenson | *Attorneys for Plaintiff* |
| Arthur J. Friedman | Phone: 415.434.9100 |
| Scott A. Vignos | Fax: 415.434.3947 |
| Sheppard, Mullin, Richter & Hampton LLP | |
| Four Embarcadero Center, 17th Floor | |
| San Francisco, CA  9411-4109 | |

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 2, 2013 at Walnut Creek, California.

/s/Anna Alter
Anna Alter