1   ARCHER NORRIS, P.C.
    Douglas C. Straus, Cal. Bar No. 96301
2   Sharon C.  Collier, Cal. Bar No. Bar No. 203450
    2033 North Main Street, Suite 800
3   Walnut Creek, CA  94596-3759
    Telephone:    925.930.6600
4   Facsimile:    925.930.6620
    E-Mail:        dstraus@archernorris.com
5                  scollier@archernorris.com

6   Attorneys for Defendant and Counter-Claimant
    MARIN GENERAL HOSPITAL
7   CORPORATION

8   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       A Limited Liability Partnership
9      Including Professional Corporations
    PHILIP F. ATKINS-PATTENSON, Cal. Bar No. 94901
10  ARTHUR J. FRIEDMAN, Cal. Bar No. 160867
    Four Embarcadero Center, 17th Floor
11  San Francisco, California  94111-4109
    Telephone:    415.434.9100
12  Facsimile:    415.434.3947
    E-Mail:        patkinspattenson@sheppardmullin.com
13                 afriedman@sheppardmullin.com
                   svignos@sheppardmullin.com
14
    Attorneys for Plaintiff and Counter-Defendant
15  XEROX CONSULTANT COMPANY, INC.

16

17                  **UNITED STATES DISTRICT COURT**

18                 **NORTHERN DISTRICT OF CALIFORNIA**

19                    **(SAN FRANCISCO DIVISION)**

20

21  XEROX CONSULTANT COMPANY,           CASE NO. C 12-04948 EMC
    INC., a Michigan corporation,
22                                      **STIPULATED REQUEST FOR
                   Plaintiff,           ORDER CHANGING TIME TO
23                                      CONTINUE TRIAL AND PRE-TRAIL
            v.                          DATES**
24
    MARIN GENERAL HOSPITAL              **JOINT DECLARATION**
25  CORPORATION, a California non-profit
    public benefit corporation,         **[PROPOSED] ORDER**
26
                   Defendant.
27
    AND RELATED COUNTERCLAIM.
28
                                  -1-

1       Pursuant to Civ. L.R. 6-2(a) and 7-12, Defendant and Counter-Claimant

2  Marin General Hospital Corporation ("MGHC") and Plaintiff and Counter-Defendant

3  Xerox Consulting Company, Inc. ("Xerox"), by and through their attorneys of record,

4  respectfully submit their Stipulated Request For Order Changing Time To Continue Trial

5  And Pretrial Dates.

6                    **STIPULATED JOINT REQUEST**

7       In support thereof, the parties state the following:

8       1.     At the Status Conference on June 6, 2013, the Court set the schedule for the

9  case.  (Dkt. # 36.)  Among other dates, March 6, 2014 is the last date for completion of

10  non-expert discovery and the date for exchange of expert reports.

11       2.     At the Status Conference on December 12, 2013, the Court did not modify

12  the case schedule, directed the parties to "accelerate the discovery process," referred the

13  case to a Magistrate Judge for discovery, and extended the date for completion of

14  mediation to February 28, 2014.  (Dkt. # 43.)  Magistrate Judge Cousins was appointed to

15  handle discovery.

16       3.     Since the Status Conference on December 12, 2014:

17          a.     The parties finalized and the Court entered the Stipulated Protective

18  Order on December 18, 2013.  (Dkt. # 45.)  Entry of the Stipulated Protective Order was

19  necessary for the parties' document productions to begin as they contain data and

20  information covered by HIPAA.

21          b.     On December 27, 2013, Xerox made an initial production to MGHC

22  of almost 50,000 unique records in electronic form.[1]

23          c.     On January 22, 2014, MGHC has made an initial production to Xerox

24  of more than 290,000 unique records in electronic form.

25

26

27  

[1]    The parties agreed to produce documents to one another in native format.  As a result, it is only possible to count the number of unique records produced, not the total number of pages produced (which is a multiple of the unique records produced).

28

-2-

1           d.     On January 13, 2014, the parties' submitted their Joint Report on

2    Discovery to Judge Cousins.  (Dkt. # 46.)

3           e.     On January 16, 2014, the parties attended the initial Discovery

4    Conference before Judge Cousins.  (Dkt. # 47.)

5           f.     On January 23, 2014, counsel for the parties and their respective

6    technical staff and consultants participated in a telephone conference call to discuss the

7    technical issues relating to access to MGHC's electronic data relating to its patient

8    accounts receivable that are the bases for its damages alleged in MGHC's Counterclaim.

9    The parties each recognize that this is a challenging task as there are more than 400,000

10   individual A/R files with potentially hundreds of data fields in each file.  Xerox needs to

11   understand how the data files are organized in order to be able to analyze these data and

12   evaluate MGHC's damages claim.  The parties and their technical teams will be engaging

13   in a series of such conversations over the coming weeks.

14          g.     On January 24, 2014, MGHC served Xerox with its Second

15   Supplemental Interrogatory Responses.  Under Judge Cousins' Civil Motion Minutes (Dkt.

16   # 47), the adequacy of these further responses will be addressed at the next Discovery

17   Conference on February 13, 2014.

18          h.     The parties have scheduled a full-day mediation for Thursday,

19   February 20, 2014, with Hon. James Warren (Ret.) at JAMS.[2]

20          i.     Counsel for the parties have met and conferred on an on-going basis

21   (in person, by telephone and e-mail) regarding the status of their respective document

22   productions to one another.  At present, the parties anticipate substantial completion of

23

24   _____

[2]    The Court's Case Management and Pretrial Order did not permit deposition
25   discovery prior to mediation.  (Dkt. # 36.)  However, despite that limitation, the parties are
     not ready to commence deposition discovery in light of the fact that they are still
26   producing responsive documents to one another.  The parties note that given the large
     number of individuals involved in the underlying consulting project, the number of fact
27   witnesses to be deposed by each side may exceed the number of witnesses permitted in
     Rule 30.  The parties expect to be able to work out a joint schedule for these depositions.
28

STIPULATED REQUEST FOR ORDER CHANGING
                 TIME TO CONTINUE TRIAL AND PRE-TRIAL
                 DATES; JOINT DECLARATION; AND ORDER

1   their productions by mid-February 2014.  Given the size of these productions, it is

2   expected that there will be some follow up, as well as the exchange of privilege logs.

3          j.      Counsel for the parties have also met and conferred regarding the

4   challenges of completing all non-expert discovery, and exchanging opening expert reports,

5   by the March 6, 2014 deadline.  (Dkt. # 36.)

6          4.      Based on the current state of discovery, particularly document discovery, the

7   parties have concluded that they require additional time to allow for the completion of

8   document discovery, evaluation and analysis of same, meaningful deposition discovery of

9   a large number of fact witnesses and preparation of expert reports.

10         5.      The parties each agree that their ability to investigate, prepare their claims

11  and defenses, and prepare for trial will be prejudiced if the current case schedule is not

12  substantially modified.

13         6.      There have been no prior continuances requested or granted.

14         7.      Counsel for the parties have met and conferred regarding a possible

15  modification of the current case schedule, and have taken their respective trial

16  commitments in other matters into account.  Counsel for Xerox has a firm date for a

17  Phase II jury trial on October 20, 2014, which is expected to last three to four weeks.

18  Counsel for MGHC has a firm date (the five year statute expires in early November 2014)

19  for a Fresno County Superior Court jury trial beginning October 27, 2014 which is

20  scheduled to last one to two weeks.

21         8.      Taking into account all these factors, the parties agree to a proposed

22  modification of the current case schedule as follows (subject to the Court's availability on

23  the dates listed below):

24  1. Trial Date:                    2/23/15 or 3/2/15

25  2. Trial Length:                  Sixteen (16) court days.

26  3. Final Pretrial Conference:     2/10/15 at 2:30 p.m.

27  4. Dispositive Motions:           Last day to be *heard* 11/20/14

28  5. Non-Expert Discovery Cut-Off:  8/18/14

-4-

Case No. C 12-04948 EMC
SMRH:416550917.2

STIPULATED REQUEST FOR ORDER CHANGING
TIME TO CONTINUE TRIAL AND PRE-TRIAL
DATES; JOINT DECLARATION; AND ORDER

6.  <u>Expert Reports</u>:               8/25/14

                                         Rebuttal reports by 9/15/14

7.  <u>Expert Discovery Cutoff</u>:      10/6/14.

Dated:  January 31, 2014

                              ARCHER NORRIS, P.C.


                              By       _/s/ Douglas C. Straus_____
                                        DOUGLAS C. STRAUS

                              Defendant and Counter-Claimant
                              MARIN GENERAL HOSPITAL
                                    CORPORATION


Dated:  January 31, 2014


                              SHEPPARD, MULLIN, RICHTER & HAMPTON  LLP


                              By       _/s/ Philip F. Atkins-Pattenson_
                                        PHILIP F. ATKINS-PATTENSON

                              Attorneys for Plaintiff and Counter-Defendant
                              XEROX CONSULTANT COMPANY, INC.



                        **<u>JOINT DECLARATION</u>**

        Pursuant to Civil L.R. 6-2(a), Douglas M. Straus, counsel for MGHC, and Philip F.

Atkins-Pattenson, counsel for Xerox, each declare under penalty of perjury under the laws

of the United States of America, that the foregoing statements in the Stipulated Joint

Request are known to them of their personal knowledge and are true.


Dated:  January 31, 2014               _/s/ Douglas C. Straus_____
                                        Douglas M. Straus


Dated:  January 31, 2014               _/s/ Philip F. Atkins-Pattenson____
                                        Philip F. Atkins-Pattenson

                                    -5-

1

## **ORDER**

2        Having considered the foregoing Stipulated Request and Joint Declaration, and

3  good cause appearing in support thereof, the Court grants the parties' request to continue

4  the trial date and modify the other pre-trial dates accordingly.  The Court will issue a

5  separate Order regarding same.

6



        2/6/14                   Denied without prejudice

7  Dated: _____

                              The H_____ Chen

8                                    CT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 12-04948 EMC
SMRH:416550917.2

STIPULATED REQUEST FOR ORDER CHANGING
TIME TO CONTINUE TRIAL AND PRE-TRIAL
DATES; JOINT DECLARATION; AND ORDER