ARCHER NORRIS, P.C.
Douglas C. Straus, Cal. Bar No. 96301
Sharon C. Collier, Cal. Bar No. Bar No. 203450
2033 North Main Street, Suite 800
Walnut Creek, CA 94596-3759
Telephone:    925.930.6600
Facsimile:     925.930.6620
E-Mail:          dstraus@archernorris.com
                    scollier@archernorris.com

Attorneys for Defendant and Counter-Claimant
MARIN GENERAL HOSPITAL CORPORATION

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PHILIP F. ATKINS-PATTENSON, Cal. Bar No. 94901
ARTHUR J. FRIEDMAN, Cal. Bar No. 160867
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:     415.434.3947
E-Mail:          patkinspattenson@sheppardmullin.com
                    afriedman@sheppardmullin.com
                    svignos@sheppardmullin.com

Attorneys for Plaintiff and Counter-Defendant
XEROX CONSULTANT COMPANY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| XEROX CONSULTANT COMPANY, INC., a Michigan corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARIN GENERAL HOSPITAL CORPORATION, a California non-profit public benefit corporation,<br><br>　　　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. C 12-04948 EMC<br><br>**STIPULATED REQUEST FOR ORDER CONTINUING DISCOVERY STATUS CONFERENCE**<br><br>**JOINT DECLARATION**<br><br>**[PROPOSED] ORDER** |

Defendant and Counter-Claimant Marin General Hospital Corporation ("MGHC") and Plaintiff and Counter-Defendant Xerox Consultant Company, Inc. ("Xerox"), by and through their attorneys of record, respectfully submit their Stipulated Request For Order Continuing Discovery Status Conference from 2:00 P.M. on April 16, 2014 to 2:00 P.M. on April 30, 2014.

## STIPULATED JOINT REQUEST

In support thereof, the parties state that they are engaged in discussions that may eliminate the need for the Discovery Status Conference and would benefit from an additional two weeks to advance those discussions.

Dated: April __, 2014

ARCHER NORRIS. P.C.

By _____/s/ Douglas C. Straus_____
DOUGLAS C. STRAUS

Defendant and Counter-Claimant
MARIN GENERAL HOSPITAL CORPORATION

Dated: April __, 2014

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____/s/ Philip F. Atkins-Pattenson_____
PHILIP F. ATKINS-PATTENSON

Attorneys for Plaintiff and Counter-Defendant
XEROX CONSULTANT COMPANY, INC.

## JOINT DECLARATION

Pursuant to Civil L.R. 6-2(a), Douglas M. Straus, counsel for MGHC, and Philip F. Atkins-Pattenson, counsel for Xerox, each declare under penalty of perjury under the laws of the United States of America, that the foregoing statements in the Stipulated Joint Request are known to them of their personal knowledge and are true.

-2-

Case No. C 12-04948 EMC

STIPULATED REQUEST FOR ORDER CONTINUING DISCOVERY STATUS CONFERENCE; JOINT DECLARATION; AND ORDER

1  Dated: April    , 2014              */s/ Douglas C. Straus*
                                        Douglas M. Straus

3  Dated: April    , 2014              */s/ Philip F. Atkins-Pattenson*
                                        Philip F. Atkins-Pattenson

## **ORDER**

Having considered the foregoing Stipulated Request and Joint Declaration, and good cause appearing in support thereof, the Court grants the parties' request to continue the discovery status conference date to 2:00 P.M. April 30, 2014.  A joint updated Status Conference Statement shall be filed not later than April 28, 2014.

Dated:  April 14, 2014                 _____
                                        The Honorable Nathanael M. Cousins
                                        UNITED STATES DISTRICT MAGISTRATE JUDGE

M0195021/1796212-1

**GRANTED**
Judge Nathanael M. Cousins

Case No. C 12-04948 EMC                     -3-                STIPULATED REQUEST FOR ORDER
                                                               CONTINUING DISCOVERY STATUS
                                                               CONFERENCE; JOINT DECLARATION; AND
                                                               ORDER