1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   PHILIP F. ATKINS-PATTENSON, Cal. Bar No. 94901
3  ARTHUR J. FRIEDMAN, Cal. Bar No. 160867
   Four Embarcadero Center, 17th Floor
4  San Francisco, California  94111-4109
   Telephone:    415.434.9100
5  Facsimile:    415.434.3947
   E-Mail:       patkinspattenson@sheppardmullin.com
6                afriedman@sheppardmullin.com

7  Attorneys for Plaintiff and Counter-Defendant
   XEROX CONSULTANT COMPANY, INC.
8
   ARCHER NORRIS, P.C.
9  Douglas C. Straus, Cal. Bar No. 96301
   Sharon C.  Collier, Cal. Bar No. Bar No. 203450
10 2033 North Main Street, Suite 800
   Walnut Creek, CA  94596-3759
11 Telephone:    925.930.6600
   Facsimile:    925.930.6620
12 E-Mail:       dstraus@archernorris.com
                 scollier@archernorris.com
13
   Attorneys for Defendant and Counter-Claimant
14 MARIN GENERAL HOSPITAL
   CORPORATION
15

16                    **UNITED STATES DISTRICT COURT**

17                    **NORTHERN DISTRICT OF CALIFORNIA**

18                         **(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| 19  XEROX CONSULTANT COMPANY, INC., a Michigan corporation, | Case No. C 12-04948 EMC |
| 20 | **JOINT STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |
| 21            Plaintiff, | |
| 22       v. | `Order` |
| 23  MARIN GENERAL HOSPITAL CORPORATION, a California non-profit public benefit corporation, | Judge:    Honorable Edward M. Chen |
| 24 | |
| 25            Defendant. | |
| 26  AND RELATED COUNTERCLAIM. | |

27

28

Case No. C 12-04948 EMC
SMRH:423964200.1

JOINT STIPULATION TO DISMISS
ACTION WITHOUT PREJUDICE
PURSUANT TO FRCP 41(A)(1)(A)(II)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Counter-Defendant Xerox Consultant Company, Inc. and Defendant and Counter-Claimant Marin General Hospital Corporation, by and through their attorneys of record, hereby stipulate and agree to dismiss this action without prejudice.

Dated: May 22, 2014

                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


        By      */s/ Philip F. Atkins-Pattenson*
                PHILIP F. ATKINS-PATTENSON

        Attorneys for Plaintiff and Counter-Defendant
        XEROX CONSULTANT COMPANY, INC.


Dated: May 22. 2014

ARCHER NORRIS. P.C.

        By      */s/ Douglas C. Straus*
                DOUGLAS C. STRAUS

        Defendant and Counter-Claimant
        MARIN GENERAL HOSPITAL CORPORATION

IT IS SO ORDERED:
_____
EDWARD M. CHEN
U.S. DISTRICT JUDGE

**GRANTED**
*Judge Edward M. Chen*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA